JS-6

THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RICONDO, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>MOTION PICTURE ASSOCIATION, INC., a New York corporation,<br><br>    Defendants. | **CASE NO.: 2:24-cv-03858-JFW (SKx)**<br><br>Hon. John F. Walter, District Judge<br>Hon. Steve Kim, Magistrate Judge<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed:     March 18, 2024<br>Action Removed:   May 8, 2024<br>Trial Date:       May 20, 2025 |

### ORDER OF DISMISSAL WITH PREJUDICE

Based on the Parties' Stipulation of Dismissal with Prejudice, it is hereby ORDERED that:

1. All claims in the above-captioned action are dismissed in their entirety with prejudice;

2. Each party is to bear his/its own respective attorney's fees and costs; and

3. All existing dates and deadlines in this matter are vacated.

**IT IS SO ORDERED.**

Dated: February 13, 2025

_____
United States District Court Judge